UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| AMANDA K. CLARK, | ) |
| Plaintiff(s), | ) |
| v. | ) No. 2:24-CV-00036-JAR |
| MARTIN O'MALLEY, | ) |
| Defendant(s). | ) |

<u>**ORDER**</u>

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Upon review of the financial affidavit, the Court has determined that plaintiff is unable to pay the filing fee. *See* 28 U.S.C. § 1915. Consequently, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [ECF No. 3] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall electronically serve the complaint upon the Social Security Administration pursuant to this Court's Administrative Order In re: Service in Civil Actions Under the Social Security Act issued on September 10, 2021.

Dated this 26th day of April, 2024.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**
